An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF DISCIPLINE OF MATTHEW POAGE SHELTON, BAR NO. 8889.

No. 62140

FILED

SEP 25 2013

## ORDER GRANTING PETITION

This is a petition under SCR 114 to reciprocally discipline attorney Matthew P. Shelton, based on discipline imposed upon him in California. Shelton did not file a response to the petition.

Shelton was disciplined in California for practicing law for approximately one month after being placed on administrative inactive status for failure to fulfill Continuing Legal Education requirements. Shelton was found to have violated State of California Business and Professions Code sections 6125, 6126, and 6068(a).[1]

The California Supreme Court, in an order dated May 22, 2012, suspended Shelton for one year, with that suspension stayed and an actual suspension of 30 days imposed, and placed Shelton on probation

---

[1]Nevada's counterparts are, respectively, RPC 5.5 (unauthorized practice of law), NRS 7.285 (unauthorized practice of law), and SCR 73 (attorney's oath).

13-28609

with conditions for one year. Shelton did not self-report this discipline to the Nevada state bar as required by SCR 114(1).

SCR 114(4) provides that this court shall impose identical reciprocal discipline unless the attorney demonstrates, or this court finds, that one of four exceptions applies. None of the exceptions are present in this case.

Accordingly, we grant the petition for reciprocal discipline. Attorney Matthew P. Shelton is hereby suspended from the practice of law for one year, with that suspension stayed and a 30-day actual suspension imposed, and placed on probation for one year. The discipline shall begin retroactively on May 22, 2012. Shelton shall provide to the state bar proof that he has complied with the conditions of probation imposed on him by California. Shelton and the state bar shall comply with SCR 115 and SCR 121.1.

It is so ORDERED.

_____, C.J.
Pickering

_____, J.        _____, J.
Gibbons                                              Hardesty

_____, J.        _____, J.
Parraguirre                                        Douglas

_____, J.        _____, J.
Cherry                                               Saitta

cc: David A. Clark, Bar Counsel
Kimberly K. Farmer, Executive Director, State Bar of Nevada
Matthew Poage Shelton
Perry Thompson, Admissions Office, United States Supreme Court